MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 003789
BURTON, BARTLETT & GLOGOVAC
50 W. Liberty St., Suite 700
Reno, Nevada 89501
Telephone: 775/333-0400
Facsimile: 775/333-0412

Attorneys for Defendant
Allstate Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENGELKE,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; ROE CORPORATIONS I through X; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:08-CV-00658-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff John Engelke and Defendant Allstate Insurance Company, by and through their respective counsel, hereby stipulate that this action may be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED 30 day of July, 2010.            DATED 5 day of August, 2010.

VANNAH & VANNAH                         BURTON, BARTLETT & GLOGOVAC

By: _____             By: _____
DENISE M. RIDENHOUR, ESQ.               MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 006608                   Nevada Bar No. 003789
400 S. Fourth St., 6th Floor            50 W. Liberty Street, Ste. 700
Las Vegas, NV 89101                     Reno, NV 89501

Attorney for Plaintiff                  Attorneys for Defendant

BURTON, BARTLETT
& GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

1

IT IS SO ORDERED.

DATED this 6th day of August, 2010.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

BURTON, BARTLETT
& GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

2